# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
William F. & Therese Hartman

05 - 675 T

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Kenneth R. Boiarsky

Firm Name: Kenneth R. Boiarsky, P. C.

Post Office Box: HCR 74-22126

Street Address: 174 Los Alamitos Lane

City-State-Zip: El Prado, NM 87529-9540

Telephone & Facsimile Numbers: Tel: (505) 737-5940 Fax: (505) 737-5942

E-mail address: kboiarsky@yahoo.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 2 1 2

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: T R E

**See attached Sheet for three digit code.**

Amount Claimed: $ 1,298,134.00 + assessed and statutory int.

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003