***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| WILLIAM F. HARTMAN AND<br>THERESE HARTMAN,<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-675 T<br>(Judge Susan C. Braden) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Benjamin C. King, Jr., as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Benjamin C. King, Jr., Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: July 15, 2005

"s/" Benjamin C. King, Jr.
Benjamin C. King, Jr., Esquire
United States Department Justice Department
Tax Division
Court of Federal Claims Section
202-307-6506
Fax: (202) 514-9440

CERTIFICATE OF SERVICE

I certify that service of the foregoing Notice of Appearance has, this 15th day of July 2005, been made on plaintiffs' counsel by mailing a copy thereof, in a U.S. postage paid envelope, to the following address:

Kenneth R. Boiarsky
Kenneth R. Boiarsky, P.C.
174 Los Alamitos Lane, HCR 74-22126
El Prado, New Mexico 87529

______________________________

Court of Federal Claims Section
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440
Fax (202) 514-9440