***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| WILLIAM F. HARTMAN AND<br>THERESE HARTMAN,<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-675 T<br>(Judge Susan C. Braden) |

MOTION FOR ENLARGEMENT

Pursuant to RCFC 6(b), defendant, the United States, moves this Court for an enlargement of 30 days, from August 22, 2005, to and including September 21, 2005, of the deadline for the defendant to file its answer or otherwise respond to the complaint in the above-captioned case. No prior enlargement of this deadline has been requested. Counsel for the defendant has attempted on several occasions over the last several days to contact counsel for the plaintiffs to determine whether the plaintiffs oppose this motion but has been unsuccessful in reaching him.

As good cause therefor, defendant's counsel has not yet received the Internal Revenue Service's administrative files related to the issues set forth in the above-captioned case. The defendant requires those files to prepare its response to the complaint in the above-captioned case and determine whether any dispositive motions are appropriate.

WHEREFORE, the defendant requests that the deadline for the defendant to file its answer or otherwise respond to the complaint in the above-captioned case be enlarged to

September 21, 2005.

Respectfully submitted,

"s/" Benjamin C. King, Jr.

______________________________

BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section

"s/" Mildred L. Seidman

______________________________

Of Counsel

August 18, 2005

CERTIFICATE OF SERVICE

I certify that service of the foregoing Motion for Enlargement has, this 18th day of August, 2005, been made on plaintiffs' counsel by mailing a copy thereof, in a U.S. postage paid envelope, to the following address:

Kenneth R. Boiarsky
Kenneth R. Boiarsky, P.C.
174 Los Alamitos Lane, HCR 74-22126
El Prado, New Mexico 87529

______________________________
Court of Federal Claims Section
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440
Fax (202) 514-9440