***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| WILLIAM F. HARTMAN AND THERESE HARTMAN, | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 05-675 T (Judge Susan G. Braden) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

ANSWER

Defendant, the United States, in answer to the complaint of plaintiffs, William F. and Therese Hartman, respectfully denies each and every allegation contained therein that is not expressly admitted below. Defendant further responds to each separate paragraph of the complaint as follows:

1. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 of the complaint.

2. Admits the allegations in paragraph 2 of the complaint.

3. Admits that this a suit for the refund of internal revenue taxes.

4. Admits that jurisdiction, to the extent it exists, would be based on 28 U.S.C. § 1491.

5. Admits the allegations in paragraph 5 of the complaint, but avers that the plaintiffs' 2000 tax return was filed on August 8, 2001, not August 15, 2001 as alleged in the complaint.

6-8. States that its attorneys lack knowledge or information sufficient to form a belief as

to the truth of the allegations in paragraphs 6-8 of the complaint.

9. Admits that the plaintiffs in calculating their capital gain for the year 2000, reported as long term capital gain the difference between the fair market value of the Cap Gemini stock that plaintiff, William Hartman, received in exchange for the sale of his partnership interest in Cap Gemini Ernst and Young U.S., L.L.C., and the plaintiff's basis in his partnership interest; denies the remaining allegations in paragraph 9 of the complaint.

10. Admits that the plaintiffs filed a claim for refund on December 17, 2003, which claimed a refund of $1,298,134.00; denies the remaining allegations in paragraph 10 of the complaint.

11. Admits the allegations in paragraph 11 of the complaint.

12. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 of the complaint.

WHEREFORE, defendant prays that the complaint of plaintiffs, William F. and Therese Hartman, be dismissed with prejudice, with defendant's costs to be taxed against the plaintiff and

with such other relief at the Court may deem appropriate and just.

Respectfully submitted,

"s/ Benjamin C. King, Jr."

_____________________

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief

"s/David Gustafson"

______________________

Of Counsel

September 21, 2005