IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-675 T

(Judge Braden)

WILLIAM F. AND THERESE HARTMAN,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT MOTION FOR LEAVE TO FILE OUT OF TIME

The parties respectfully request leave to file the Joint Preliminary Status Report in the above-captioned case one day out of time. The JPSR was to be filed on November 14, 2005. Although the parties exchanged drafts of the JPSR and have had several conversations concerning the contents of the report they were unable to finalize the report by the current deadline. The parties have finalized the JPSR and request that they be granted leave to file it one

day out of time.

Respectfully submitted,

11/15/05
DATE

s/ Kenneth R. Boiarsky
KENNETH R. BOIARSKY
174 Los Alamitos Lane
HCR 74-22126
El Prado, New Mexico 87529-9540
(505) 737-5940

Counsel for Plaintiffs

11/15/05
DATE

s/ Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

11/15/05
DATE

s/ David Gustafson
Of Counsel

Counsel for Defendant