# In the United States Court of Federal Claims

No. 05-675T
Filed: December 12, 2005

*************************************
WILLIAM F. HARTMAN and THERESE HARTMAN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

The necessary agreement by both judges being present, to promote docket efficiency and the efficient administration of justice, pursuant to RCFC 40.1(b), it is here **ORDERED** that this case is **TRANSFERRED** to Judge Thomas C. Wheeler.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**