# In the United States Court of Federal Claims

No. 05-675T
Filed: December 13, 2005

```
************************************
                                   *
WILLIAM F. HARTMAN and             *
THERESE HARTMAN,                   *
                                   *
        Plaintiffs,                *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
        Defendant.                 *
                                   *
************************************
```

**ORDER**

The court hereby strikes the December 12, 2005 Transfer Order and Notice of Reassignment.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**