**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WILLIAM F. HARTMAN and THERESE HARTMAN, | § | |
| | § | |
| Plaintiffs | § | |
| | § | Docket No. 05-675 T |
| v. | § | Judge: Susan G. Braden |
| | § | |
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant | § | |

## Plaintiffs' Motion to Substitute Lead Counsel

Pursuant to RCFC 83.1(c)(4), Sallie W. Gladney enters her appearance as Lead Counsel/Attorney of Record on behalf of Plaintiffs William F. Hartman and Therese Hartman in the above styled and captioned matter.

Respectfully,

/s/ Sallie W. Gladney

Sallie W. Gladney
2419 W. T.C. Jester
Houston, Texas 77018
713-965-9244
713-621-5227 (Fax)
E-mail: ReddingTax@aol.com
**Counsel for William F. Hartman and Therese Hartman**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WILLIAM F. HARTMAN and THERESE HARTMAN, | § | |
| | § | |
| Plaintiffs | § | |
| | § | Docket No. 05-675 T |
| v. | § | Judge: Susan G. Braden |
| | § | |
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant | § | |

## Declaration of Appointment

I, Sallie W. Gladney, have been authorized to enter my appearance as Lead Counsel/Attorney of Record on behalf of William F. Hartman and Therese Hartman by Kenneth R. Boiarsky, the current Lead Counsel/Attorney of Record for William F. Hartman and Therese Hartman.

I declare under penalty of perjury that the forgoing statement is true and correct and based upon by personal knowledge.

12/28/05
Date

/s/ Sallie W. Gladney

Sallie W. Gladney
2419 W. T.C. Jester
Houston, Texas 77018
713-965-9244
713-621-5227 (Fax)
E-mail: ReddingTax@aol.com
**Counsel for William F. Hartman and Therese Hartman**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WILLIAM F. HARTMAN and THERESE HARTMAN, | § | |
| | § | |
| | § | |
| Plaintiffs | § | |
| | § | Docket No. 05-675 T |
| v. | § | Judge: Susan G. Braden |
| | § | |
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant | § | |

**Declaration of Appointment**

I, Kenneth R. Boiarsky, authorize Sallie W. Gladney to enter her appearance and replace me as Lead Counsel/Attorney of Record on behalf of William F. Hartman and Therese Hartman.

I declare under penalty of perjury that the forgoing statement is true and correct and based upon by personal knowledge.

Date 12/28/05

Kenneth R. Boiarsky
174 Los Alamitos Lane
HCR 74-22126
El Prado, NM 87529-9540
Tel: (505) 737-5940
Fax: (505) 737-5942
Email: kboiarsky@yahoo.com
**Counsel for William F. Hartman and Therese Hartman**