# In the United States Court of Federal Claims

No. 05-675T
Filed: January 4, 2006

| | |
|---|---|
| WILLIAM F. HARTMAN and THERESE HARTMAN, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The necessary agreement by both judges being present, to promote docket efficiency and the efficient administration of justice, pursuant to RCFC 40.1(b), it is here **ORDERED** that this case is **TRANSFERRED** to Judge Margaret M. Sweeney.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**