# In the United States Court of Federal Claims

No. 05-675T
(Filed: January 18, 2006)

************************************
WILLIAM F. HARTMAN and *
THERESE HARTMAN, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

The parties filed a Joint Preliminary Status Report on November 15, 2005, in which Plaintiffs requested a stay of proceedings. The Court directs the parties to contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule a telephonic status conference to discuss how the parties would like to proceed.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge