# In the United States Court of Federal Claims

No. 05-675T
(Filed: January 24, 2006)

************************************
WILLIAM F. HARTMAN and *
THERESE HARTMAN, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

A status conference will be held in the case on Wednesday, **February 8, 2006, at 2:00 p.m., Eastern Standard Time.** The parties shall appear by telephone. The status conference will be held off the record unless counsel for either party affirmatively requests, by fax, to this Chambers, at least five business days prior to the status conference, that a reporter be present. Counsel for the parties shall call Judge Sweeney's judicial assistant, Beryl Sanders, at (202) 357-6644 on the day before the status conference with the phone number where they can be reached at the time of the status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge