# In the United States Court of Federal Claims

No. 05-675T
(Filed: February 8, 2006)

```
***********************************
WILLIAM F. HARTMAN and            *
THERESE HARTMAN,                  *
                                  *
            Plaintiffs,           *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant.            *
***********************************
```

**ORDER**

The **status conference** scheduled for Wednesday, **February 8, 2006**, at 2:00 p.m., Eastern Standard Time, is **cancelled**.

**A status conference will be held on Tuesday, February 14, 2006, at 2:00 p.m., Eastern Standard Time.** The parties shall appear by telephone. Counsel for the parties shall call Judge Sweeney's judicial assistant, Beryl Sanders, at (202) 357-6644, on the day before the status conference with the phone number where they can be reached at the time of the status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge