# In the United States Court of Federal Claims

No. 05-675T
(Filed: February 13, 2006)

************************************
WILLIAM F. HARTMAN and *
THERESE HARTMAN, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

The **status conference** scheduled for Tuesday, **February 14, 2006**, at 2:00 p.m., Eastern Standard Time, is **cancelled**.

**A status conference will be held on Tuesday, February 28, 2006, at 1:00 p.m., Eastern Standard Time.** The parties shall appear by telephone. Counsel for the parties shall call Judge Sweeney's judicial assistant, Beryl Sanders, at (202) 357-6644, on the day before the status conference with the phone number where they can be reached at the time of the status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge