# In the United States Court of Federal Claims

No. 05-675T
(Filed: March 2, 2006)

*************************************
WILLIAM F. HARTMAN and *
THERESE HARTMAN, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************************

**ORDER**

A status conference was held in this case on February 28, 2006. The parties discussed whether a stay in this case would be appropriate in light of (1) pending settlement negotiations between Plaintiffs and the Houston Appeals Office of the Internal Revenue Service ("Houston Appeals Office") regarding tax years 2001 and 2002, and (2) a similar case pending in the United States District Court for the Middle District of Tennessee, U.S. v. Kenneth and Cathy Colt, Case No. 3:050522. During the status conference, Plaintiffs advocated for a stay in the proceedings. Defendant noted that neither the resolution of Colt nor a settlement with the Houston Appeals Office would necessarily effect proceedings in this case. However, Defendant did concede that resolution of these other matters may facilitate a settlement in this case.

As a result of the parties' discussions, the Court will **STAY the proceedings for six months**. The parties shall file a **status report by no later than September 5, 2006**. During the stay, the parties shall file a status report should Colt resolve or should Plaintiffs reach a settlement agreement with the Houston Appeals Office.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge