IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-675 T

(Judge Margaret M. Sweeney)

WILLIAM F. AND THERESE HARTMAN,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order, the parties submit the following Joint Status Report. The parties request that the Court continue the suspension of proceedings in the above-captioned case for an additional 90 days for the following reasons.

Counsel for the plaintiff has not completed his discussions with the Internal Revenue Service concerning a possible administrative resolution of the claims of similarly situated taxpayers. Further, the United States has filed a motion for summary judgment in *United States v. Kenneth W. Culp, Jr.*, No. 3:05-cv-0522, pending in the United States District Court for the Middle District of Tennessee. This case involves the same legal and factual issues present in *Culp*. The parties believe that a decision in *Culp* could have an impact on any potential

administrative resolution of the above-captioned case. Therefore, the parties request that the suspension be continued for a period of 90 days.

WHEREFORE, the parties respectfully request that the suspension be continued for a period of 90 days and that the parties will file a joint status report on December 4, 2006, advising the Court whether the suspension of proceedings should be continued or, if not, providing the Court with a schedule for further proceedings.

Respectfully submitted,

9/5/06
DATE

s/ Sallie W. Gladney
SALLIE W. GLADNEY
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244

Counsel for Plaintiffs

9/5/06
DATE

s/ Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

9/5/06
DATE

s/ David Gustafson
Of Counsel

Counsel for Defendant