# In the United States Court of Federal Claims

No. 05-675T
(Filed: September 6, 2006)

***********************************
WILLIAM F. HARTMAN and *
THERESE HARTMAN, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On September 5, 2006, the parties filed a joint status report in which they requested an additional 90-day suspension of proceedings. The parties represent that plaintiffs are engaged in discussions with the Internal Revenue Service regarding a possible administrative resolution of their claims. Further, the parties submit that a pending case in the United States District Court for the Middle District of Tennessee, United States v. Kenneth W. Culp, Jr. ("Culp"), No. 3:05-cv-0522, is factually and legally similar to the instant case. The parties believe that a decision in Culp could impact any potential administrative resolution of the instant case.

**Accordingly, the court grants the parties' request for an additional 90-day stay. The parties shall file a joint status report no later than December 4, 2006, suggesting further proceedings.** During the stay, should the parties resolve the claims with the Internal Revenue Service or should Culp resolve, the parties shall file a joint status report immediately.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge