# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM F. HARTMAN and THERESE HARTMAN, | § | |
| | § | |
| Plaintiffs | § | |
| | § | Docket No. 05-675 T |
| v. | § | Judge: Margaret M. Sweeney |
| | § | |
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant | § | |

## Plaintiffs' Motion to Substitute Lead Counsel

Pursuant to RCFC 83.1(c)(4), Kenneth R. Boiarsky enters his appearance as Lead Counsel/Attorney of Record on behalf of Plaintiffs William F. Hartman and Therese Hartman in the above styled and captioned matter.

Respectfully,

Kenneth R. Boiarsky
174 Los Alamitos Lane
HCR 74-22126
El Prado, NM 87529-9540
(505) 737-5940
Fax: (505) 737-5942
Email: kboiarsky@yahoo.com
**Counsel for William F. Hartman and Therese Hartman**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WILLIAM F. HARTMAN and THERESE HARTMAN, | § | |
| | § | |
| | § | |
| Plaintiffs | § | |
| | § | Docket No. 05-675 T |
| v. | § | Judge: Margaret M. Sweeney |
| | § | |
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant | § | |

## Declaration of Appointment

I, Kenneth R. Boiarsky, have been authorized to enter my appearance as Lead Counsel/Attorney of Record on behalf of William F. Hartman and Therese Hartman by Sallie W. Gladney, the current Lead Counsel/Attorney of Record for William F. Hartman and Therese Hartman.

I declare under penalty of perjury that the forgoing statement is true and correct and based on by personal knowledge.

October 1, 2006
Date

Kenneth R. Boiarsky
174 Los Alamitos Lane
HCR 74-22126
El Prado, NM 87529-9540
(505) 737-5940
Fax: (505) 737-5942
Email: kboiarsky@yahoo.com
**Counsel for William F. Hartman and Therese Hartman**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WILLIAM F. HARTMAN and | § | |
| THERESE HARTMAN, | § | |
| | § | |
| Plaintiffs | § | |
| | § | Docket No. 05-675 T |
| v. | § | Judge: Margaret M. Sweeney |
| | § | |
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant | § | |

# Declaration of Appointment

I, Sallie W. Gladney, authorize Kenneth R. Boiarsky to enter his appearance and replace me as Lead Counsel/Attorney of Record on behalf of William F. Hartman and Therese Hartman.

I declare under penalty of perjury that the forgoing statement is true and correct and based on by personal knowledge.

October 1, 2006
Date

/s/ Sallie W. Gladney

Sallie W. Gladney
2419 W. T.C. Jester
Houston, Texas 77018
713-965-9244
713-621-5227 (Fax)
E-mail: ReddingTax@aol.com
**Counsel for William F. Hartman and Therese Hartman**