IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-675 T

(Judge Margaret M. Sweeney)

WILLIAM F. AND THERESE HARTMAN,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order, the parties submit the following Joint Status Report. The parties request that the Court continue the suspension of proceedings in the above-captioned case for an additional 60 days for the following reasons.

Counsel for the plaintiff has not completed his discussions with the Internal Revenue Service concerning a possible administrative resolution of the claims of similarly situated taxpayers. Those discussions should be concluded in the next 45 days. Further, the United States has filed a motion for summary judgment in *United States v. Kenneth W. Culp, Jr.*, No. 3:05-cv-0522, pending in the United States District Court for the Middle District of Tennessee. This case involves the same legal and factual issues present in *Culp*. The parties in that case expect a decision on that motion for summary judgment within the next 30-45 days. The parties

believe that a decision in *Culp* could have an impact on any potential administrative resolution of the above-captioned case. Therefore, the parties request that the suspension be continued for a period of 60 days.

WHEREFORE, the parties respectfully request that the suspension be continued for a period of 60 days and that the parties will file a joint status report on January 30, 2007, advising the Court whether the suspension of proceedings should be continued or, if not, providing the Court with a schedule for further proceedings.

Respectfully submitted,

12/4/06
DATE

s/ Kenneth R. Boiarsky
KENNETH R. BOIARSKY
174 Los Alamitos Lane
HCR 74-22126
El Prado, New Mexico 87529-9540
(505) 737-5940

Counsel for Plaintiffs

12/4/06
DATE

s/ Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON

Chief, Court of Federal Claims Section

12/4/06
DATE

s/ David Gustafson
Of Counsel

Counsel for Defendant