**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WILLIAM F. HARTMAN and THERESE HARTMAN, | § | |
| | § | |
| Plaintiffs | § | |
| | § | Docket No. 05-675 T |
| v. | § | Judge: Margaret M. Sweeney |
| | § | |
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant | § | |

## Plaintiffs' Motion For Leave To Clarify Joint Status Report

Plaintiffs hereby move for leave to clarify the parties' Joint Status Report that was filed on 12/4/06. By Order filed 12/5/06, the Court granted the parties' request, made in the Report, for an additional 60-day suspension of proceedings based upon certain representations therein made, and the purpose of the instant motion is to clarify those representations.

The Joint Status Report was prepared and filed by Government counsel as an accommodation to plaintiffs' counsel following counsels' discussion on 12/3/06 as to the contents thereof. Counsel for plaintiffs was unaware until after the Report was filed of the representations made in the Report with respect to the case of *United States v. Kenneth W. Culp, Jr.* ("*Culp*"), No. 3:05-cv-0522, pending in the United States District Court for the Middle District of Tennessee. Specifically, although there are similarities, counsel for plaintiffs does not agree with the representation in the Report that *Culp* "involves the same legal and factual issues" as the instant case, nor did counsel for plaintiffs intend to ground the request for further suspension upon any action to be taken by the *Culp* court with respect to the Motion For Summary Judgment pending before it. Instead, it was the understanding of plaintiffs' counsel that the Joint Report was to request an additional 60-day suspension based upon the continuing discussions with the Internal Revenue Service of a possible administrative settlement of the claims of similarly-situated taxpayers, which efforts, if successful, are believed to impact

the resolution of the instant action. The next conference date with the Internal Revenue is scheduled for 1/9/07.

Counsel for the defendant could not be reached for comment regarding the defendant's posture with respect to the instant motion.

Wherefore, counsel for plaintiffs prays that this motion for leave to clarify the parties' Joint Status Report be granted.

Respectfully submitted,

/s/ Kenneth R. Boiarsky
KENNETH R. BOIARSKY
174 Los Alamitos Lane
HCR 74-22126
El Prado, NM 87529-9540
Tel: (505) 737-5940
Fax: (505) 737-5942
Email: kboiarsky@yahoo.com

**Counsel for Plaintiffs William F. Hartman and Therese Hartman**