# In the United States Court of Federal Claims

No. 05-675T
(Filed: December 14, 2006)

| | |
|---|---|
| WILLIAM F. HARTMAN and THERESE HARTMAN, Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

**ORDER**

On December 12, 2006, plaintiffs filed a Motion for Leave to Clarify the December 4, 2006, Joint Status Report. Plaintiffs state that while the joint status report was filed as an accommodation to plaintiffs' counsel, plaintiffs' counsel was not aware of the representations in the status report until after it was filed.

Plaintiffs do not agree with the representation in the status report that United States v. Kenneth W. Culp. Jr., No. 3:05-cv-0522, before the United States District Court for the Middle District of Tennessee, involves the same legal and factual issues as the case sub judice. Plaintiffs' counsel sought an additional 60-day stay solely for the purpose of continuing settlement discussions with the Internal Revenue Service.

Accordingly, the court GRANTS plaintiffs' Motion for Leave to Clarify the Joint Status Report. **The court's December 5, 2006 Order directing the parties to file a joint status report stands. The parties shall file a joint status report no later than Monday, February 5, 2007, suggesting further proceedings.** During the stay, should the parties resolve the claims with the Internal Revenue Service, the parties shall file a joint status report within 14 days.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge