IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-675 T

(Judge Margaret M. Sweeney)

WILLIAM F. AND THERESE HARTMAN,

Plaintiffs

v.

UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to the Court's Order, the parties submit the following Joint Status Report. The parties request that the Court continue the suspension of proceedings in the above-captioned case for an additional 30 days for the following reasons.

Counsel for the plaintiffs has not completed his discussions with the Internal Revenue Service concerning a possible administrative resolution of the claims of similarly situated taxpayers. Although it was believed that the requested 60-day period that was granted by the Court's December 4, 2006, Order, as modified by the Court's December 14, 2006, Order, would be sufficient to conclude these discussions, that time frame has proven to be unrealistic, and it now appears that the additional 30-day period herein requested will be necessary for these purposes.

WHEREFORE, the parties respectfully request that the suspension be continued for a period of 30 days and that the parties will file a joint status report on march 5, 2007, advising the Court whether the suspension of proceedings should be continued or, if not, providing the Court with a schedule for further proceedings.

Respectfully submitted,

2/5/07 s/ Kenneth R. Boiarsky
DATE

KENNETH R. BOIARSKY
174 Los Alamitos Lane
HCR 74-22126
El Prado, New Mexico 87529-9540
(505) 737-5940

Counsel for Plaintiffs

2/5/07 s/ Benjamin C. King, Jr.
DATE

BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

2/5/07 s/ David Gustafson
DATE

Of Counsel

Counsel for Defendant