# In the United States Court of Federal Claims

No. 05-675T
(Filed: February 6, 2007)

| | |
|---|---|
| WILLIAM F. HARTMAN and THERESE HARTMAN, Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

On February 5, 2007, the parties filed a joint status report in which they requested an additional 30-day suspension of proceedings. The parties represent that plaintiffs have not completed discussions with the Internal Revenue Service regarding a possible administrative resolution of their claims.

**Accordingly, the court grants the parties' request for an additional 30-day stay. The parties shall file a joint status report no later than Monday, March 5, 2007, suggesting further proceedings.** During the stay, should the parties resolve the claims with the Internal Revenue Service, the parties shall file a joint status report within 14 days.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge