IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-675 T

(Judge Margaret M. Sweeney)

WILLIAM F. AND THERESE HARTMAN,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order filed 2/6/07, the parties submit the following Joint Status Report, due on or before 3/5/07.

Previous suspensions of proceedings in this action have been requested and granted based upon the then-ongoing settlement discussions with the Internal Revenue Service concerning a possible administrative resolution of the claims of similarly-situated taxpayers which the parties believed would impact any potential administrative resolution of the above-captioned case. Those discussions have not resulted in any viable settlement to date, and it now appears that further settlement discussions with the IRS in this regard are not likely to be productive.

The parties are in agreement that this case not be further suspended, but they differ as to the desired nature and manner of proceedings from this point forward. It is the tentative view of Government counsel that discovery proceedings will be necessary, and it is Plaintiffs' view that the discovery proceedings contemplated by Government counsel are not reasonably calculated to lead to the discovery of information that is relevant, material, or admissible in evidence; moreover, Plaintiffs' position is that this matter is governed by the unambiguous provisions of the contract underlying the transaction in issue [see & compare *United States v. Kenneth W. Culp, Jr.*, 2006 WL

4061881 (MDTN 12/29/06)],which contract provisions are believed to be readily susceptible to stipulation by the parties, or, failing any such stipulation, are believed to be a proper subject of requests for admission to be served on the Government by Plaintiffs. Based upon these underlying contractual provisions, Plaintiffs' intention, with the Court's permission, would be to file a dispositive motion for summary judgment. In view of the differing postures of the parties, we respectfully request the opportunity for a status conference at the Court's early convenience to discuss the nature and manner of further proceedings at this juncture.

WHEREFORE, the parties respectfully request that the Court, at its early convenience, schedule a telephone conference with the parties to discuss the nature and manner of further proceedings and a schedule therefor.

Respectfully submitted,

3/2/07 s/ Kenneth R. Boiarsky

DATE

KENNETH R. BOIARSKY
174 Los Alamitos Lane
HCR 74-22126
El Prado, New Mexico 87529-9540
(505) 737-5940
Counsel for Plaintiffs

3/2/07 s/ Benjamin C. King, Jr.

DATE

BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

3/2/07 _ s/ David Gustafson____________

DATE Of Counsel

Counsel for Defendant