# In the United States Court of Federal Claims

No. 05-675T
(Filed: March 5, 2007)

***********************************
WILLIAM F. HARTMAN and *
THERESE HARTMAN, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On March 2, 2007, the parties filed their joint status report as required by the court's February 6, 2007 order. In the report, the parties represent that further settlement discussions will not be productive. Therefore, the parties request a status conference to discuss additional proceedings in this case.

The court directs the parties to contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule a telephonic status conference to discuss how the parties would like to proceed.

**The court lifts the stay in this case.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge