# In the United States Court of Federal Claims

No. 05-675T
(Filed: March 13, 2007)

| | |
|---|---|
| ************************************ | |
| WILLIAM F. HARTMAN and | * |
| THERESE HARTMAN, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ************************************ | |

## ORDER

A status conference will be held in the case on Tuesday, **March 20, 2007, at 11:00 a.m.** The parties shall appear by telephone. Counsel for the parties shall call Judge Sweeney's judicial assistant, Beryl Sanders, at (202) 357-6644, one business day before the conference with the telephone number where they can be reached at the time of the conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge