# In the United States Court of Federal Claims

No. 05-675T
(Filed: March 13, 2007)

************************************
WILLIAM F. HARTMAN and *
THERESE HARTMAN, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**REVISED ORDER**

A status conference will be held in the case on Tuesday, **March 20, 2007, at 11:00 a.m.**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The conference, as originally scheduled, was to be conducted telephonically so as to avoid burdening plaintiffs with travel-related costs and expenses for their counsel. Generally speaking, it is the typical course for judges of the United States Court of Federal Claims to permit counsel to appear by telephone for conferences so as to conserve the parties' resources. The court is cognizant of the heavy costs associated with travel to and from Washington, D.C. Indeed, the court extends that cost-saving measure to all counsel whenever possible. Here, however, plaintiffs' counsel has specifically requested to travel to appear in person for the March 20, 2007 conference. Counsel is welcome to do so. Consequently, at the request of counsel for plaintiffs and with the concurrence of defendant, the parties shall appear in person.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge