# In the United States Court of Federal Claims

No. 05-675T
(Filed: March 21, 2007)

***********************************
WILLIAM F. HARTMAN and *
THERESE HARTMAN, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

Pursuant to the parties' request, the court held a status conference in this case on March 20, 2007, to discuss further proceedings. The parties agreed that dispositive motions are appropriate but differed regarding how the court should approach its ruling on the parties' respective motions. Plaintiffs suggested that rather than the court entertaining cross-motions, the court should first address plaintiffs' merits argument. Plaintiffs explained that for purposes of their motion, they would accept defendant's factual assertions as true so as to eliminate defendant's need for discovery. Conversely, defendant urged the court to proceed with cross-motions and reiterated the need to conduct discovery. The court agrees with defendant. It is more efficient to address cross-motions rather than to permit piecemeal litigation. Defendant stated that it could complete discovery in 120 days, but had no objection to plaintiffs' request for an 180-day discovery period.

**Thus, the parties shall complete discovery in this case by Tuesday, September 18, 2007.** Should the parties require an enlargement of the discovery period, the parties shall file the appropriate motion. **The parties shall file a joint status report no later than Tuesday, October 2, 2007, suggesting further proceedings.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge