IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-675 T

(Judge Margaret M. Sweeney)

WILLIAM F. AND THERESE HARTMAN,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR LEAVE TO FILE OUT OF TIME

The defendant respectfully requests leave to file its Motion for Extension of Time in the above-captioned case one day out of time. The defendant's responses to plaintiffs' discovery requests were due to be filed on July 23, 2007. Defendant was going to seek a brief enlargement of that deadline, however, defendant's counsel was out of the office due to illness on that date. Defendant requests leave to file the motion it intended to file yesterday and apologizes for

the oversight. Plaintiffs counsel has indicated that plaintiffs do not object to this motion.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM

s/Steven I. Frahm

Of Counsel

July 24, 2007