# In the United States Court of Federal Claims

No. 05-675T
(Filed: July 26, 2007)

***********************************
WILLIAM F. HARTMAN and *
THERESE HARTMAN, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On July 24, 2007, defendant filed its Motion for Leave to File Out of Time. Defendant requests leave to file its Motion for Extension of Time one day late because defendant's counsel was out of the office due to illness. **Accordingly, the court GRANTS defendant's Motion for Leave.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge