# In the United States Court of Federal Claims

No. 05-675T
(Filed: July 26, 2007)

***********************************
WILLIAM F. HARTMAN and *
THERESE HARTMAN, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On July 24, 2007, defendant filed its Motion for Extension of Time. Defendant seeks four additional days to respond to plaintiff's discovery requests, and defendant represents that plaintiff does not oppose this motion. **Accordingly, the court GRANTS defendant's Motion for Extension of Time to respond to plaintiff's discovery requests by July 27, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge