IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-675 T

(Judge Margaret M. Sweeney)

WILLIAM F. AND THERESE HARTMAN,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6(b), defendant, the parties move this Court for an enlargement of 60 days, from September 30, 2007, to and including November 29, 2007, of the deadline for the parties to complete discovery in the above-captioned case. No prior enlargement of this deadline has been requested. The parties have conducted informal discovery, the plaintiff has served formal discovery on the defendant, which defendant responded to. The parties have scheduled the deposition of Cap Gemini on October 11, 2007, and the deposition of the plaintiff on October 16, 2007. The parties anticipate scheduling the depositions of Ernst and Young and Merrill Lynch in the same time period, but have not yet finalized the dates for those depositions. Once those depositions are completed, the parties anticipate there might be a need for some brief

follow-up discovery. The enlargement sought by this motion will allow the parties time to complete the necessary discovery in this case.

WHEREFORE, the parties respectfully request that the deadline for completing discovery be extended from September 30, 2007, to, and including, November 29, 2007.

Respectfully submitted,

9/28/07
DATE

s/ Kenneth R. Boiarsky

KENNETH R. BOIARSKY
174 Los Alamitos Lane
HCR 74-22126
El Prado, New Mexico 87529-9540
(505) 737-5940

Counsel for Plaintiffs

9/28/07
DATE

s/ Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

9/28/07
DATE

s/ David Gustafson
Of Counsel

Counsel for Defendant