# In the United States Court of Federal Claims

No. 05-675T
(Filed: October 1, 2007)

```
************************************
WILLIAM F. HARTMAN and             *
THERESE HARTMAN,                   *
                                   *
                 Plaintiffs,       *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
                 Defendant.        *
************************************
```

## ORDER

On September 28, 2007, the parties filed their Joint Motion for Extension of Time. Discovery in the instant case was to be completed by September 18, 2007. However, the parties seek an extension of time for discovery until November 29, 2007. This is the first enlargement of time for discovery sought by the parties. **Accordingly, the parties' Joint Motion for Extension of Time is GRANTED. Discovery shall be completed by Thursday, November 29, 2007, and the parties shall file a joint status report suggesting further proceedings no later than Thursday, December 13, 2007.**

Because the deadline for discovery was September 18, 2007, the parties should have filed their motion for extension of time before the deadline. **The Clerk of Court noted that the parties' motion was untimely; however, the court directs the Clerk to file by leave the parties' motion.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge