IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-675 T

(Judge Margaret M. Sweeney)

WILLIAM F. AND THERESE HARTMAN,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6(b), the parties move this Court for an enlargement of 60 days, from November 29, 2007, to and including January 28, 2008, of the deadline for the parties to complete discovery in the above-captioned case. One prior enlargement of this deadline totaling 60 days has been granted. The parties have been unable to complete discovery due primarily to two reasons. First, Mr. Hartman recently underwent surgery which precluded the taking of his deposition. It anticipated that he will be able to give a deposition within the next 30 days. Second, the third-party witnesses the parties sought to depose, Cap Gemini, Ernst & Young, and Merrill Lynch, have raised concerns regarding the documents the parties wanted them to produce at the depositions. The parties are serving separate document subpoenas on those parties so any objections regarding the documents can be resolved prior to the depositions. The parties hope to

resolve any disputes regarding the documents informally with the third party witnesses within the next 30-45 days, and depositions of those parties should occur shortly thereafter. The enlargement sought by this motion will allow the parties time to complete the necessary discovery in this case.

WHEREFORE, the parties respectfully request that the deadline for completing discovery be extended from November 29, 2007, to, and including, January 28, 2008.

Respectfully submitted,

11/20/07
DATE

s/ Kenneth R. Boiarsky
KENNETH R. BOIARSKY
174 Los Alamitos Lane
HCR 74-22126
El Prado, New Mexico 87529-9540
(505) 737-5940
Counsel for Plaintiffs

11/20/07
DATE

s/ Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

11/20/07
DATE

s/ David Gustafson
Of Counsel
Counsel for Defendant