# In the United States Court of Federal Claims

No. 05-675T
(Filed: November 26, 2007)

```
***********************************
WILLIAM F. HARTMAN and            *
THERESE HARTMAN,                  *
                                  *
                Plaintiffs,       *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                Defendant.        *
***********************************
```

**ORDER**

On November 20, 2007, the parties filed their Joint Motion for Extension of Time. Discovery in the instant case was to be completed by November 29, 2007. The parties, however, seek an extension of time for discovery to and including January 28, 2008. Although this is the second enlargement of time for discovery, the court finds that the reasons cited by both parties for a sixty (60) day enlargement are reasonable. **Accordingly, the parties' Joint Motion for Extension of Time is GRANTED. Discovery shall be completed by Monday, January 28, 2008, and the parties shall file a joint status report suggesting further proceedings no later than Monday, February 11, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge