IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-675 T

(Judge Margaret M. Sweeney)

WILLIAM F. AND THERESE HARTMAN,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6(b), the parties move this Court for an enlargement of 60 days, from January 28, 2008, to and including March 28, 2008, of the deadline for the parties to complete discovery in the above-captioned case. Two prior enlargements of this deadline totaling 120 days have been granted. The parties are seeking extensive document discovery of Cap Gemini and Ernst & Young related to the transaction at issue in the complaint. Cap Gemini and Ernst & Young have filed objections to the parties subpoenas. The parties are currently working with counsel for those parties to resolve any disputes regarding the documents to be produced with an intent of limiting any disputes that might have to be resolved by the Court. Further, the parties have been unable until recently to schedule the deposition of plaintiff, William Hartman, due to

his medical condition. The enlargement sought by this motion will allow the parties time to complete the necessary discovery in this case.

WHEREFORE, the parties respectfully request that the deadline for completing discovery be extended from January 28, 2008, to, and including, March 28, 2008.

Respectfully submitted,

1/23/08
DATE

s/ Kenneth R. Boiarsky
KENNETH R. BOIARSKY
174 Los Alamitos Lane
HCR 74-22126
El Prado, New Mexico 87529-9540
(505) 737-5940

Counsel for Plaintiffs

1/23/08
DATE

s/ Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

1/23/08
DATE

s/ David Gustafson
Of Counsel

Counsel for Defendant