# In the United States Court of Federal Claims

No. 05-675 T
(Filed: January 24, 2008)

```
***********************************
WILLIAM F. HARTMAN and            *
THERESE HARTMAN,                  *
                                  *
               Plaintiffs,        *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
               Defendant.         *
***********************************
```

**ORDER**

On January 23, 2008, the parties filed their Joint Motion for Extension of Time. Discovery in the instant case was to be completed by January 28, 2008. The parties, however, seek an extension of time for discovery to and including March 28, 2008. Although this is the third enlargement of time for discovery, the court finds that the reasons cited by both parties for a sixty (60) day enlargement are reasonable. **Accordingly, the parties' Joint Motion for Extension of Time is GRANTED. Discovery shall be completed by Friday, March 28, 2008, and the parties shall file a joint status report suggesting further proceedings no later than Friday, April 11, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge