IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-675 T

(Judge Margaret M. Sweeney)

WILLIAM F. AND THERESE HARTMAN,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6(b), the parties move this Court for an enlargement of 70 days, from March 28, 2008, to and including June 6, 2008, of the deadline for the parties to complete discovery in the above-captioned case. Three prior enlargements of this deadline totaling 180 days have been granted. The parties have now conducted the deposition of William Hartman and are continuing discussions with Cap Gemini and Ernst & Young concerning production of documents related to the transaction at issue in the complaint. Those discussions have been complicated by issues regarding confidentiality. It is expected that Ernst & Young will produce most of the documents the parties seek by the end of next week. There is still no timetable for production of documents by Cap Gemini. Once the documents are produced the parties will take the depositions of Cap Gemini, Ernst & Young, and Merrill Lynch. Those depositions and the

documents may reveal the need for additional depositions of individuals involved the transaction at issue in the complaint. The parties believe discovery can be completed within the next 70 days.

WHEREFORE, the parties respectfully request that the deadline for completing discovery be extended from March 28, 2008, to, and including, June 6, 2008.

Respectfully submitted,

3/27/08
DATE

s/ Kenneth R. Boiarsky
KENNETH R. BOIARSKY
174 Los Alamitos Lane
HCR 74-22126
El Prado, New Mexico 87529-9540
(505) 737-5940

Counsel for Plaintiffs

3/27/08
DATE

s/ Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

3/27/08
DATE

s/ David Gustafson
Of Counsel

Counsel for Defendant