# In the United States Court of Federal Claims

No. 05-675 T
(Filed: March 27, 2008)

************************************
WILLIAM F. HARTMAN and *
THERESE HARTMAN, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

On March 27, 2008, the parties filed their Joint Motion for Extension of Time. Discovery in the instant case was to be completed by March 28, 2008. The parties, however, seek an extension of time for discovery to and including June 6, 2008. Although this is the fourth enlargement of time for discovery, the court finds that the reasons cited by both parties for a seventy (70) day enlargement are reasonable. **Accordingly, the parties' Joint Motion for Extension of Time is GRANTED. Discovery shall be completed by Friday, June 6, 2008, and the parties shall file a joint status report suggesting further proceedings no later than Friday, June 20, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge