IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-675 T

(Judge Margaret M. Sweeney)

WILLIAM F. AND THERESE HARTMAN,

Plaintiffs

v.

UNITED STATES,

Defendant

# JOINT MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6(b), the parties move this Court for an enlargement of 35 days, from June 6, 2008, to and including July11, 2008, of the deadline for the parties to complete discovery in the above-captioned case. Four prior enlargements of this deadline, totaling 250 days, have been granted.

As good cause therefore, the parties have concluded that this case might be disposed of by cross-motions for summary judgment, rather than a trial. However, before that decision can be made the parties need to complete their document discovery. The parties have completed discovery with the exception of documents to be produced by a third party, Cap Gemini. The documents the parties seek from Cap Gemini are material to the question of whether this case can be resolved by cross-motions for summary judgment or will require a trial. The parties

request this enlargement to allow them to complete their efforts to obtain the documents in question.

WHEREFORE, the parties respectfully request that the deadline for completing discovery be extended from June 6, 2008, to, and including, July 11, 2008.

Respectfully submitted,

6/12/08
DATE

s/ Kenneth R. Boiarsky
KENNETH R. BOIARSKY
174 Los Alamitos Lane
HCR 74-22126
El Prado, New Mexico 87529-9540
(505) 737-5940

Counsel for Plaintiffs

6/12/08
DATE

s/ Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

6/12/08
DATE

s/ David Gustafson
Of Counsel

Counsel for Defendant