# In the United States Court of Federal Claims

No. 05-675 T
(Filed: June 12, 2008)

| | |
|---|---|
| ************************************ | |
| WILLIAM F. HARTMAN and | * |
| THERESE HARTMAN, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ************************************ | |

## ORDER

On June 12, 2008, the parties filed their Joint Motion for Extension of Time. Discovery in the instant case was to be completed by June 6, 2008. The parties, however, seek an extension of time for discovery, to and including July 11, 2008, because they represent that additional time will facilitate a determination as to whether this case can be resolved by cross-motions for summary judgment or will require trial. Although this is the fifth enlargement of time for discovery, the court finds that an additional enlargement of thirty-five (35) days is reasonable. **Accordingly, the parties' Joint Motion for Extension of Time is GRANTED. Discovery shall be completed by Friday, July 11, 2008, and the parties shall file a joint status report suggesting further proceedings no later than Friday, July 25, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge