IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-675 T

(Judge Margaret M. Sweeney)

---

WILLIAM F. AND THERESE HARTMAN,

Plaintiffs

v.

UNITED STATES,

Defendant

---

JOINT MOTION FOR EXTENSION OF TIME

---

Pursuant to RCFC 6(b), the parties move this Court for an enlargement of 45 days, from July 11, 2008, to and including August 25, 2008, of the deadline for the parties to complete discovery in the above-captioned case. Five prior enlargements of this deadline, totaling 280 days, have been granted.

As good cause therefore, the parties have decided to proceed with depositions of Cap Gemini and Ernst and Young. Those depositions are scheduled on August 13, 2008. The parties still believe that this case might be disposed of by cross-motions for summary judgment, rather than a trial and the depositions will assist in that decision.

WHEREFORE, the parties respectfully request that the deadline for completing discovery

be extended from July 11, 2008, to, and including, August 25, 2008.

Respectfully submitted,

7/11/08
DATE

s/ Kenneth R. Boiarsky
KENNETH R. BOIARSKY
174 Los Alamitos Lane
HCR 74-22126
El Prado, New Mexico 87529-9540
(505) 737-5940

Counsel for Plaintiffs

7/11/08
DATE

s/ Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

7/11/08
DATE

s/ David Gustafson
Of Counsel

Counsel for Defendant