# In the United States Court of Federal Claims

No. 05-675 T
(Filed: July 11, 2008)

************************************
WILLIAM F. HARTMAN and *
THERESE HARTMAN, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On July 11, 2008, the parties filed their Joint Motion for Extension of Time. Discovery in the instant case was to be completed by July 11, 2008. The parties, however, seek an extension of time for discovery, to and including August 25, 2008, because they represent that additional time is needed to conduct depositions, which are scheduled for August 13, 2008. The parties indicate that they believe this case might be resolved by cross-motions for summary judgment, rather than by a trial, but that these upcoming depositions will assist in that decision. Although this is the sixth enlargement of time for discovery, the court finds that an additional enlargement of forty-five (45) days is reasonable. **Accordingly, the parties' Joint Motion for Extension of Time is GRANTED. Discovery shall be completed by Monday, August 25, 2008, and the parties shall file a joint status report suggesting further proceedings by no later than Monday, September 8, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge