IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-675 T

(Judge Margaret M. Sweeney)

WILLIAM F. AND THERESE HARTMAN,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6(b), the parties move this Court for an enlargement of 30 days, from September 12, 2008, to and including October 12, 2008, of the deadline for the parties to complete discovery in the above-captioned case. Seven prior enlargements of this deadline, totaling 355 days, have been granted.

As good cause therefore, the parties have completed all discovery except for the production of additional documents from Cap Gemini. That production has been delayed while the parties work out the appropriate confidentiality agreements. The form for that agreement has now been arrived at and the parties expect the documents to be produced in the next couple of weeks. The parties request this brief enlargement to allow them to complete the document discovery of Cap Gemini.

WHEREFORE, the parties respectfully request that the deadline for completing discovery be extended from September 12, 2008, to, and including, October 12, 2008.

Respectfully submitted,

9/12/08
DATE

s/ Kenneth R. Boiarsky
KENNETH R. BOIARSKY
174 Los Alamitos Lane
HCR 74-22126
El Prado, New Mexico 87529-9540
(505) 737-5940

Counsel for Plaintiffs

9/12/08
DATE

s/ Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
STEVEN I. FRAHM
Acting Chief, Court of Federal Claims Section

9/12/08
DATE

s/ David Gustafson
Of Counsel

Counsel for Defendant