# In the United States Court of Federal Claims

No. 05-675 T
(Filed: September 12, 2008)

| | |
|---|---|
| *********************************** | |
| WILLIAM F. HARTMAN and | * |
| THERESE HARTMAN, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

## ORDER

On September 12, 2008, the parties filed a Joint Motion for Extension of Time. Pursuant to the court's July 11, 2008 order, discovery in this case was to be completed by August 25, 2008, and the parties were required to submit a joint status report by September 8, 2008. Although the instant motion was filed beyond the September 8 deadline for the submission of a joint status report, the court will entertain the joint motion.

In their joint motion, the parties request an enlargement of thirty (30) days, to and including October 12, 2008, to the discovery deadline.[1] The parties state that this enlargement is necessary because the production of documents from Cap Gemini has been delayed while the parties negotiate the appropriate and necessary confidentiality agreements. The parties anticipate that the Cap Gemini documents will be produced within the next two weeks and represent that the requested enlargement will facilitate the completion of discovery. The court determines that the parties' request is reasonable. **Accordingly, the joint motion is GRANTED. Discovery shall be completed by no later than Tuesday, October 14, 2008, and the parties shall file a joint status report suggesting further proceedings in this case by no later than Friday, October 31, 2008**.

---

[1] The court notes that October 12 falls on a Sunday. Additionally, the Clerk's office will be closed on October 13 in observance of the Columbus Day holiday. See RCFC 77(c).

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge